RESAT KELES, Appellant, v THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents.

Submitted March 28, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CARY KITTNER, Individually and as Assignee of Stuart Quimby, et al., Appellants, v EASTERN MUTUAL INSURANCE COMPANY, Respondent.

Submitted February 28, 2011; decided May 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

AMERICO PELLECHIA, Appellant, v PARTNER AVIATION ENTERPRISES, INC., Doing Business as EMPIRE AIRWAYS, Respondent.

Submitted March 21, 2011; decided May 10, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.